### Robert KELLEY and Jean Kelley Plaintiffs/Respondents,

v.

### CITY OF O'FALLON, Missouri, Defendant,

### Robert G. Sitze, Jr., and Shirley J. Sitze, Intervenor/Appellant.

No. 65522.

Missouri Court of Appeals, Eastern District, Division Four.

Dec. 13, 1994.

Leslie B. Yoffie, St. Charles, for appellant.

Rex M. Burlison, O'Fallon, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

### ORDER

PER CURIAM.

Appellants appeal from the trial court's order denying their motions to intervene and vacate judgment.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).